UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABDUL RAHMAN COLE,

Plaintiff,

v.

FAIRFAX INOVA HOSPITAL,

Defendant.

Case No. 25-cv-06810-HSG

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION FOR DISMISSAL WITHOUT PREJUDICE**

Re: Dkt. No. 11

The Court has reviewed Magistrate Judge Kang's Report and Recommendation for Dismissal without Prejudice. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is dismissed without prejudice for failure to diligently prosecute this case and for failure to obey Court Orders. The Clerk is directed to enter judgment in favor of Defendant Fairfax Inova Hospital and against Plaintiff Adbul Rahman Cole, and to close the file.

**IT IS SO ORDERED.**

Dated: October 5, 2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California