United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABDUL RAHMAN COLE,
Plaintiff,

v.

FAIRFAX INOVA HOSPITAL,
Defendant.

Case No. 25-cv-06810-HSG

**JUDGMENT**

Judgment is hereby entered consistent with the Court's Order Adopting Report and Recommendation for Dismissal without Prejudice,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 5th day of October, 2026.

Mark B. Busby
Clerk of Court

By: ______________________
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.